UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
AUG 26 2010


UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND SAENZ,

Defendant.

CR 10-30027

**FACTUAL BASIS STATEMENT**

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

That on July 20, 2009, a Confidential Informant (CI) made a controlled purchase of methamphetamine in the parking lot of the Rosebud Casino from Defendant Raymond Saenz and Kaylee Rose Folkers. Folkers was driving and Saenz sold the CI a reputed 8-ball and ½ of an 8-ball. Saenz advised the CI to be cautious as the methamphetamine was very pure. This mixture weighed ~~58.7~~ 5.1 grams [handwritten] and was tested by the DEA Laboratory at 92.8% purity for a total of 4.1 grams methamphetamine (actual).

That on August 29, 2009, a CI made a controlled purchase from Folkers outside a residence west of Mission, South Dakota. The CI paid $450 for a reputed 8-ball. Folkers asked the CI to phone Saenz confirming the sale. The CI attempted to do so but no one answered. Saenz called the CI shortly thereafter and the CI advised that he wished to purchase a larger quantity of methamphetamine. Saenz

advised that he would be able to bring up a larger quantity on the following Monday or Tuesday. The mixture weighed was tested at 88.5% purity for a total of 1.0 grams of methamphetamine (actual).

BRENDAN V. JOHNSON
United States Attorney

_8-26-10_
Date

_[signature]_
Ted L. McBride
Special Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
Telephone: (605)224-5402
Facsimile: (605)224-8305
E-Mail: Ted.McBride@usdoj.gov

_8/26/10_
Date

_[signature]_
Raymond Saenz
Defendant

_8/26/10_
Date

_[signature]_
Jana Miner
Attorney for Defendant